IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen　　　Date:  July 3, 2013
Court Reporter:　　 Gwen Daniel　　　　　Probation: Patrick J. Lynch

_____

Criminal Action No.  12-cr-00048-WJM　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　Susan D. Knox

　　　Plaintiff,

v.

5.  NESHAWN FAULKNER,　　　　　　　　Mitchell Baker
　　　a/k/a "Baby P Loc,"
　　　a/k/a "Ne Ne,"
　　　a/k/a "Ne,"

　　　Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:30 a.m.　　Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Knox

1

Sentencing Statement by Mr. Baker

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Counts One, Two, Four and Five of the Indictment as to Defendant Neshawn Faulkner (ECF No. 559) is GRANTED. Counts One, Two, Four and Five of the Indictment are dismissed as to Defendant Neshawn Faulkner.**

**ORDERED:** **There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility (ECF No. 558) is GRANTED.**

**ORDERED:** **The Government's Title 18 U.S.C. §3553(e) And §5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF No. 560) is GRANTED.**

**ORDERED:** **The defendant's Motion for Statutory Sentence (ECF No. 561) is GRANTED IN PART.**

Defendant's Allocution

Defendant plead guilty to Count Three of the Indictment and admitted to the general forfeiture contained in the Indictment on April 5, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Neshawn Faulkner, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 20 months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for her time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released. And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

    **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: The following special conditions of supervised release are imposed:**

  1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

  2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

  3. **The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or the supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.**

  4. **The defendant shall have no association with gang members or participate in any gang activity.**

**The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment.**

Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances.

The defense requests the Court recommend placement in a facility in Colorado.

The Court recommends to the director of the Bureau of Prisons that the defendant be incarcerated in a facility appropriate to her security designation within the State and District of Colorado.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:13 a.m.    Court in Recess
              Hearing concluded
              Time: 43 minutes